# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE SCALES, | ) | No. CV 04-1601-GHK(CW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| SERGEANT THOMAS, et al., | ) ) | |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: 6/30/08

_____
GEORGE H. KING
United States District Judge